Craft: Engineer, Conductor
Location: ALL
Injury: ALL
Date: ALL
Status: Direct/Represented/Litigated

| ID | Date | First | Last | Attorney | Injury | Cause | Position | Type | Side |
|---|---|---|---|---|---|---|---|---|---|
| 246742 | 6/1/1997 | CHARLES | MYERS | | BACK | REPEAT ACTIVIES ENGINR THRU | WORK POSITION MSK | CUMULATIVE TRA | R |

LOS ANGELES    CA
ENGINGEER REPORTS LOWER BACK SURGERY DUE TO LATERAL MOTION, BAD SEATS, TRACK CONDITIONS ETC. WAS OFF WORK FROM 6-97 THRU 12-1-1997. FILLED OUT 52032 ON 7-28-98. NO AIRS REPORT FROM 6-97 ON SURGERY AND LOST TIME.

| 473227 | 4/1/1998 | THOMAS | BECKETT | VISSE & YANEZ, L | BACK | REPEATED VIBRAT ENGINR THRU | WORK POSITION MSK | CUMULATIVE TRA | L |

BAKERSFIELD    CA
(BLIND LAWSUIT-ROSEVILLE LAW) PLAINTIFF ALLEGES CUMULATIVE TRAUMA TO BODY (BACK, NECK, RT.LEG & FOOT) FROM VIBRATION, POORLY DESIGNED SEATING, YARDGROUNDS, TRACKS/EQUIPTMENT.  52032 REC'D 09/00.

| 247887 | 10/23/1998 | MARK | SCHMALZ | WOLF | BACK LOWER | REPEAT ACTIVIES ENGINR THRU | WORK POSITION MSK | CUMULATIVE TRA | L |

VAN BUREN    AR
ENGINEER REPORTS DEGENERATIVE DISC IN BACK FROM RIDING LOCOMOTIVES

| 249591 | 3/9/1999 | RUSSELL | WALKER | HAGERTY | BACK LOWER | REPEAT ACTIVIES ENGINR THRU | WORK POSITION MSK | CUMULATIVE TRA | R |

COFFEYVILLE    KS
ENGINEER REPORTS BACK PROBLEMS FROM THE VIBRATIONS OF THE LOCOMOTIVE SEATS AND RIDING.

| 252156 | 7/28/1999 | T. | FALTER | BRICKER ZAKOVICS | BACK LOWER | REPEATED VIBRAT CNDUCTR THRU | WORK POSITION MSK | CUMULATIVE TRA | L |

BLACKFOOT    ID
CONDUCTOR REPORTS CUMULATIVE TRAUMA TO HIS LOWER BACK DUE TO ROUGH RIDING UNITS, BAD SEATS, POOR TRACK CONDITIONS.

| 437439 | 3/12/2000 | DAVID | TAAL | | BACK LOWER | REPEAT ACTIVIES ENGINR THRU | WORK POSITION MSK | CUMULATIVE TRA | D |

LA GRANDE    OR
ENGINEER REPORTS CUMULATIVE TRAUMA TO LOWER BACK FROM SITTING IN A TWISTED POSTION (POORLY DESIGNED SEATS, SWITCHES, COMOTIVES), FORCED TO CARRY TOO MUCH PAPERWORK. NO SPECIFIC DATE OF INJURY GIVEN.

EXHIBIT 2

1

Craft: Engineer, Conductor
Location: ALL
Injury: ALL
Date: ALL
Status: Direct/Represented/Litigated

| File No. | Date | First | Last | Attorney | Injury | Cause | Position | Type |
|---|---|---|---|---|---|---|---|---|
| 462069 | 8/1/2000 | FRANKLIN | SCHUCHARDT | PROVOST, UMPHREY | BACK | REPEAT ACTIVIES MSK CNDUCTR THRU | WORK POSITION R | CUMULATIVE TRA |

NORTH LITTLE ROCK     AR
CONDUCTOR REPORTS PROBLEMS WITH BACK AND FEET FROM WORKING CONDITIONS CAUSED BY MOUNTING/DISMOUNTING MOVING EQUIPTMENT, WALKING ON UNEVEN BALLAST AND RIDING ENGINES WITHOUT PROPER BACK SUPPORT.  NO SPECIFIC DATE OF INJURY GIVEN

| 495659 | 12/26/2000 | JERRY | WARD | BZQ/STEVE THOMPS | BACK | REPEAT ACTIVIES MSK BRKMAN THRU | WORK POSITION R | CUMULATIVE TRA |

HINKLE     OR
BRAKEMAN REPORTS ACCUMULATIVE TRAUMA TO BACK AND FEET FROM UNEVEN   SURFACES, VIBRATION FROM LOCOMOTIVE, AND ETC.

| J644 | 5/4/2001 | DARWIN | GORRELL | BRICKER, ZAKOVICS | KNEES | REPEAT ACTIVIES MSK CNDUCTR THRU | WORK POSITION L | CUMULATIVE TRA |

LA GRANDE     OR
CONDUCTOR REPORTS WORN OUT KNEES FROM HIS WORK ENVIROMENT -     VIBRATION ON/OFF MOVING EQUIPMENT AND WORKING ON UNEVEN BALLAST.

| 529274 | 2/1/2002 | JOSEPH | THOMAS | KAPLAN LAW CORP | BACK LOWER | REPEAT ACTIVIES MSK ENGINR THRU | WORK POSITION L | CUMULATIVE TRA |

SAN LUIS OBISPO     CA
ENGINEER REPORTS CUMULATIVE TRAUMA TO LOWER BACK AND LEG FROM VIBRATIONS, BOUNCING, AND LATERAL PITCHING WHILE SEATED.

| 589174 | 11/14/2002 | PATRICK | ELLENBECKER | SCHLICHTER, BOGA | SPINE | REPEAT ACTIVIES MSK ENGINR THRU | WORK POSITION L | CUMULATIVE TRA |

MARYSVILLE     KS
(BLIND LAWSUIT - ST LOUIS LAW DEPT) EMPLOYEE ALLEGES HE SUSTAINED CUMULATIVE TRAUMA TO HIS SPINE FROM WORKING AND RIDING ON LOCOMOTIVES, AND EQUIPMENT.

| 585905 | 3/15/2003 | JAMES | HORST | RATHMANN & O'BRI | BACK | REPEATED VIBRAT MSK | SEAT | CUMULATIVE TRA |

1

Craft: Engineer, Conductor
Location: ALL
Injury: ALL
Date: ALL
Status: Direct/Represented/Litigated

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | ENGINR THRU | L |  |
| CLINTON |  |  | IA |  |  |  |  |

LOCO ENGINEER REPORTS MSK INJURIES TO HIS BACK, LEGS AND FEET FROM NUMEROUS COMPLAINTS, INCLUDING LOCO SEATS, SLACK ACTION, WALKING, ETC.   LETTER OF REPRESENTATION ALSO ON FILE.

| 598034 | 6/15/2003 | CHARLES | OGBURN | TAVORMINA & YOUN | KNEES | REPEATED VIBRAT | ENGINE | CUMULATIVE TRAU |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | MSK |  |  |
|  |  |  |  |  |  | CNDUCTR THRU | L |  |
| SAN ANTONIO |  |  |  | TX |  |  |  |  |

CONDUCTOR REPORTS CUMULATIVE TRAUMA TO HIS NECK, BACK (SOL 6/15/03), AND KNEE (2005) FROM GETTING ON AND OFF MOVING EQUIPMENT AND EXPOSURE TO LOCOMOTIVE VIBRATIONS. If case not filed prior to 6/15/06, will remove the neck/bac

| 542573 | 7/14/2003 | JOHN | HALL | ROSSI COX &VUCIN | BACK LOWER | REPEAT ACTIVIES | WORK POSITION | CUMULATIVE TRAU |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | MSK |  |  |
|  |  |  |  |  |  | ENGINR THRU | L |  |
| RAWLINS |  |  |  | WY |  |  |  |  |

ENGINEER REPORTS ROUGH RIDING LOCOMOTIVE Unit # UP8545 Train Symbol GETLC2-11 WHILE OPERATING EAST OUT OF GREEN RIVER, WYOMING TO RAWLINS, WYOMING ON JULY 14, 2003 SUFFERING INJURIES TO LOW BACK (L3, L4, L5 and S1)

| 579524 | 7/16/2003 | KELLY | BAILEY | ROSSI, COX AND V | SPINE | REPEATED VIBRAT | ENGINE | CUMULATIVE TRAU |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | MSK |  |  |
|  |  |  |  |  |  | CNDUCTR THRU | L |  |
| NORTH PLATTE |  |  |  | NE |  |  |  |  |

(BLIND LAWSUIT - OHG) CONDUCTOR ALLEGES HE SUSTAINED DEGENERATIVE CONDITIONS TO HIS SPINE FROM BEING SUBJECTED TO WHOLE BODY VIBRATIONS, FLEXION AND LATERAL MOVEMENTS.

| 597616 | 1/15/2004 | R. | MOORE | TAVORMINA & YOUN | BACK | REPEATED VIBRAT | ENGINE | CUMULATIVE TRAU |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | MSK |  |  |
|  |  |  |  |  |  | CNDUCTR THRU | L |  |
| SAN ANTONIO |  |  |  | TX |  |  |  |  |

CONDUCTOR REPORTS CUMULATIVE TRAUMA IN HIS BACK FROM RIDING IN ROUGH ENGINES DURING HIS CAREER.  Terminated-Discharged 01-19-2006

| 579944 | 2/1/2004 | JOHN | MYERS | SCHLICHTER, BOGA | BACK LOWER | REPEAT ACTIVIES | WORK POSITION | CUMULATIVE TRAU |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | MSK |  |  |
|  |  |  |  |  |  | ENGINR THRU | L |  |
| COFFEYVILLE |  |  |  | KS |  |  |  |  |

ENGINEER REPORTS PAIN IN LOWER BACK AND HIPS FROM OVER TIME OF ROUGH TRACK, ROUGH RIDING ENGINES, AND DEFECTIVE SEATS.

1

Craft: Engineer, Conductor
Location: ALL
Injury: ALL
Date: ALL
Status: Direct/Represented/Litigated

| ID | Date | First | Last | Firm | Injury | Cause | Position | Type |
|---|---|---|---|---|---|---|---|---|
| 600618 | 4/1/2004 | LAWRENCE | BORGMEYER | SCHLICHTER, BOGA | BACK | REPEATED VIBRAT MSK | ENGINE CNDUCTR THRU L | CUMULATIVE TRAU |

KANSAS CITY    MO
(BLIND LAWSUIT - ST LOUIS LAW DEPT) CONDUCTOR ALLEGES HE SUSTAINED CUMULATIVE TRAUMA TO HIS BACK FROM BEONG EXPOSED TO EXCESSIVE LEVELS OF WHOLE-BODY VIBRATION.

| 584262 | 7/1/2004 | TOM | LANCE | CROW LAW FIRM | SPINE | REPEAT ACTIVIES MSK | WORK POSITION ENGINR THRU R | CUMULATIVE TRAU |

POCATELLO    ID
ENGINEER REPORTS REPETITIVE TRAUMA TO HIS LUMBAR SPINE FROM POOR SEATS, ROUGH JOINTS, SLACK ACTION, INTERAL ACTION, AND VIBRATION.

| 589985 | 7/23/2004 | FRED | ROBERTS III | RATHMANN & O'BRI | BACK | REPEATED VIBRAT MSK | ENGINE ENGINR THRU D | CUMULATIVE TRAU |

NORTH PLATTE    NE
(BLIND LAWSUIT - ST LOUIS LAW DEPT) ENGINEER ALLEGES HE SUSTAINED CUMULATIVE TRAUMA TO HIS BACK, NECK, SPINE, AND BODY FROM INADEQUATE AND DEFECTIVE CAB COMPARTMENTS AND SEATS. ( see also claim ID 535585 inhalation)

| 587192 | 11/1/2004 | DANIEL | SORRELL |  | BACK | REPEAT ACTIVIES ENGINR THRU MSK | WORK POSITION D | CUMULATIVE TRAU |

POCATELLO    ID
ENGINEER REPORTS PAIN IN HIS BACK, NECK, HIPS, AND ANKLE FROM CUMULATIVE TRAUMA SUCH AS RIDING IN SEATS, TRACK, LATERAL MOVEMENT, AND ROUGH RIDING EQUIPMENT.

| 594607 | 1/1/2005 | G. | MCCRORY JR | TAVORMINA & YOUN | BACK | REPEATED VIBRAT MSK ENGINR THRU | ENGINE L | CUMULATIVE TRAU |

SAN ANTONIO    TX
ENGINEER REPORTS PAIN IN HIS BACK FROM RIDING IN ROUGH ENGINES.

| 587197 | 1/1/2005 | C. | WAHL | TAVORMINA & YOUN | BACK | REPEAT ACTIVIES | WORK POSITION | CUMULATIVE TRA |

1

Craft: Engineer, Conductor
Location: ALL
Injury: ALL
Date: ALL
Status: Direct/Represented/Litigated

| | | | | | | | MSK | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ENGINR THRU | | L | |

SAN ANTONIO                               TX
ENGINEER REPORTS PAIN IN HIS BACK AND LEG FROM LOCOMOTIVE SEATS    NOT PROPERLY SAFELY DANPERED.

596877  1/15/2005   C.         BRIGMAN      TAVORMIA & YOUNG   BACK       REPEAT ACTIVIES    WORK POSITION   CUMULATIVE TRA
                                                                           MSK
                                                              CNDUCTR THRU              L

BLOOMINGTON                               TX
CONDUCTOR REPORTS PAIN IN HIS BACK, AND NECK FROM GETTING ON AND OFF OF MOVING EQUIPMENT AND LOCOMOTIVE VIBRATIONS.

588779  2/2/2005    JIM        BADER       KUJAWSKI           BACK       REPEAT ACTIVIES    WORK POSITION   CUMULATIVE TRA
                                                                           MSK
                                                              ENGINR THRU              L

SALEM                                     IL
(BLIND LAWSUIT - ST LOUIS LAW DEPT) ENGINEER ALLEGES HE SUSTAINED CUMULATIVE TRAUMA TO BACK, SPINE , LEGS, AND KNEES FROM
ROUTINE EXPOSURE TO VIBRATING ENGINES, SEATS, AND VIBRATING ENGINE LOCOMOTIVES.

592250  2/16/2005   WILLIAM    RANEY       RATHMANN & O'BRI   BACK       REPEATED VIBRAT   ENGINE         CUMULATIVE TRA
                                                                           MSK
                                                              ENGINR THRU              L

NORTH LITTLE ROCK                         AR
(BLIND LAWSUIT - ST LOUIS LAW DEPT) ENGINEER ALLEGES HE SUSTAINED    CUMULATIVE TRAUMA TO HIS BACK, NECK, AND SPINE FROM
RUNNING LOCOMOTIVES W/ INADEQUATE AND DEFECTIVE CAB SEATS, EXCESSIVE LATERAL MOTION.  RRB Granted 6/1

582322  3/15/2005   BARRY      DEATHERAGE  RATHMANN & O'BRI   BACK       REPEAT ACTIVIES    WORK POSITION   CUMULATIVE TRA
                                                                           MSK
                                                              ENGINR THRU              L

ST LOUIS                                  MO
ENGINEER REPORTS CUMULATIVE TRAUMA INJURIES TO HIS BACK, LEFT HIP,  AND LEFT LEG FROM CONSTANT VIBRATION AND LATERAL
MOTION IN LOCOMOTIVE ENGINE, AND WALKING ON UNEVEN BALLAST.

586804  3/28/2005   LYMUS      BELL JR     GRAY, RITTER & G   BACK       REPEAT ACTIVIES    WORK POSITION   CUMULATIVE TRA
                                                                           MSK
                                                              CNDUCTR THRU              L

VAN BUREN                                 AR
CONDUCTOR REPORTS CUMULATIVE TRAUMA IN HIS BACK AND NECK FROM BEING EXPOSED TO VIBRATION, JARRING, JOLTING, CLIMBING,

1

Craft: Engineer, Conductor
Location: ALL
Injury: ALL
Date: ALL
Status: Direct/Represented/Litigated

Case 4:07-cv-00521-BSM   Document 18-3   Filed 07/23/08   Page 6 of 12

, ..ND LINING SWITCHES.

| 590521 | 5/12/2005 | NORRIS | HUNT | YOUNGDAHL LAW FI | BACK | REPEATED VIBRAT ENGINR THRU | ENGINE MSK | CUMULATIVE TRA L |

LONGVIEW   TX

ENGINEER REPORTS CUMULATIVE TRAUMA TO HIS BACK FROM THE VIBRATION AND LATERAL SWAYING MOTION OF LOCOMOTIVE ENGINES WHILE OPERATING THE ENGINE. Case No. 2005-78086 filed in 165th Harris Cnty was dismissed. Case No. 39999 file

| 589451 | 5/21/2005 | ROBERT | TREMBLY | RATHMANN & O'BRI | BACK | REPEATED VIBRAT ENGINR THRU | ENGINE MSK | CUMULATIVE TRA L |

NORTH PLATTE   NE

(BLIND LAWSUIT - ST LOUIS LAW DEPT) RETIRED EMPLOYEE (05/21/03) WITH RRB DISABILITY ANNUITY ALLEGES HE SUSTAINED CUMULATIVE TRAUMA TO HIS BACK, NECK, AND SPINE FROM LOCOMOTIVES WITH INADEQUATE AND DEFECTIVE SEATS & EXCESSIVE

| 602796 | 6/18/2005 | JAMES | ARKADIE | TAVORMINA & YOUN | BACK | REPEAT ACTIVIES CNDUCTR THRU | WORK POSITION MSK | CUMULATIVE TRA L |

HOUSTON   TX

THRU FRT CONDUCTOR REPORTS HAVING A "BAD BACK" FROM GETTING ON AND OFF MOVING EQUIPMENT, EXPOSURE TO LOCOMOTIVE ENGINE VIBRATION, ETC.

| 587751 | 6/21/2005 | DAVID | MILLER | KUJAWSKI & NOWAK | BACK | REPEAT ACTIVIES ENGINR THRU | WORK POSITION MSK | CUMULATIVE TRA L |

SALEM   IL

ENGINEER REPORTS PAIN IN HIS BACK, SPINE, AND LEFT LEG FROM SLACK ACTION, ROUGH COUPLINGS, AND ENGINE VIBRATIONS ON ROUGH TRACK.

| 590005 | 7/1/2005 | LYNDA | ENGH | RATHMANN & O'BRI | BACK | REPEAT ACTIVIES ENGINR THRU | WORK POSITION MSK | CUMULATIVE TRA L |

BOONE   IA

(BLIND LAWSUIT - ST LOUIS LAW DEPT) ENGINEER ALLEGES SHE SUSTAINED CUMULATIVE TRAUMA TO HER BACK, NECK, AND SPINE FROM INADEQUATE AND DEFECTIVE CAB SEATS, EXCESSIVE LATERAL MOTION AND INADEQUATE SWITCHES.

| 588478 | 7/3/2005 | JEFFREY | CHANCE | HUBBELL PEAK O'N | BACK | REPEAT ACTIVIES | WORK POSITION | CUMULATIVE TRA |

1

Craft: Engineer, Conductor
Location: ALL
Injury: ALL
Date: ALL
Status: Direct/Represented/Litigated

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | BRKMAN THRU | MSK | R |
| BOONE | | | IA | | | | | |

BRAKEMAN REPORTS CUMULATIVE TRAUMA IN HIS BACK AND HIPS FROM ROUGH RIDING ENGINES FOR LONG PERIODS OF TIME AND WORKING CONSTANTLY WITHOUT SUFFICIENT TIME TO HEAL.   RRB annuity effective 10/01/2005, in the amount of $2,906.8

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 589229 | 7/18/2005 | LARRY | MORRISON | SCHLICHTER, BOGA | BACK | REPEATED VIBRAT | WORK POSITION | CUMULATIVE TRA |
| | | | | | | ENGINR THRU | MSK | L |
| PINE BLUFF | | | AR | | | | | |

ENGINEER REPORTS CUMULATIVE TRAUMA INJURIES TO HIS BACK, SPINE, HIPS, AND DISCS FROM THE VIBRATIONS ON THE LOCOMOTIVES, SLACK ACTION, EXCESSIVE LATERAL MOVEMENT OF LOCOMOTIVES AND ROUGH TRACKS.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 587728 | 7/20/2005 | JAMES | ANDERSON | GRAY, RITTER & G | KNEE LEFT | REPEATED VIBRAT | ENGINE | CUMULATIVE TRA |
| | | | | | | ENGINR THRU | MSK | L |
| VAN BUREN | | | AR | | | | | |

ENGINEER REPORTS CUMULATIVE TRAUMA TO HIS LEFT KNEE FROM WALKING ON UNEVEN BALLAST, CLIMBING, SETTING HAND BRAKES, EXPOSURE TO JOLTING AND VIBRATION, AND WORKING IN AWKWARD POSITIONS.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 591341 | 8/1/2005 | BENNY | SHIFLETT | BAUER & BAEBLER | BACK | EXPOSED TO | ENGINE | CUMULATIVE TRA |
| | | | | | | ENGINR THRU | MSK | L |
| COFFEYVILLE | | | KS | | | | | |

(BLIND LAWSUIT - ST LOUIS LAW DEPT)ENGINEER ALLEGES THAT HE SUSTAINEDCUMULATIVE TRAUMA TO HIS BACK AND NECK FROM EXPOSURE TO VIBRATIONS, JARRING, JOLTING, CLINCHING, AND LINING SWITCHING.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 589855 | 8/20/2005 | MICHAEL | MENZ | SCHLICHTER, BOGA | SPINE | REPEAT ACTIVES | WORK POSITION | CUMULATIVE TRA |
| | | | | | | ENGINR THRU | MSK | L |
| JEFFERSON CITY | | | MO | | | | | |

(BLIND LAWSUIT - ST LOUIS LAW DEPT) ENGINEER ALLEGES HE SUSTAINED   CUMULATIVE TRAUMA TO HIS SPINE AND LOWER LIMBS/EXTREMITIES FROM WORKING AND   RIDING ON LOCOMOTIVES AND WORKING ON RAILROAD TRACKS.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 589913 | 9/13/2005 | THOMAS | STAHL | RATHMANN & O'BRI | KNEES | REPEAT ACTIVES | WORK POSITION | CUMULATIVE TRA |
| | | | | | | SWITCHMAN | MSK | L |
| CLINTON | | | IA | | | | | |

SWITCHMAN REPORTS CUMULATIVE TRAUMA IN HIS KNEES FROM GETTING ON AND OFF EQUIPMENT, ROUGH RIDING BALLAST, AND UNEVEN WALKING CONDITIONS OVER A PERIOD OF TIME.

1

Craft: Engineer, Conductor
Location: ALL
Injury: ALL
Date: ALL
Status: Direct/Represented/Litigated

| ID | Date | First | Last | Firm | Injury | Cause | Position | Type |
|---|---|---|---|---|---|---|---|---|
| 596313 | 10/20/2005 | RAYMOND | GILBERT | CROW SEVEY GILWE | BACK | REPEAT ACTIVIES ENGINR THRU | WORK POSITION MSK R | CUMULATIVE TRA |

OGDEN   UT
ENGINEER REPORTS PAIN IN HIS BACK, HIPS, AND LEGS FROM GETTING ON AND OFF MOVING EQUIPMENT, ROUGH JOINTS, LATERAL MOVEMENT, SLACK ACTION, ROUGH    COUPLING, AND HEAVY VIBRATION.

| 597310 | 10/24/2005 | WILLIAM | HOLTON | RATHMANN & O'BRI | BACK | REPEATED VIBRAT ENGINR THRU | ENGINE MSK L | CUMULATIVE TRA |
|---|---|---|---|---|---|---|---|---|

CLINTON   IA
CONDUCTOR REPORTS CUMULATIVE TRAUMA IN HIS BACK AND KNEES FROM RIDING ROUGH ENGINES, LATERAL MOTION, POORLY MAINTAINED TRACK, WALKING ON BALLAST, AND GETTING ON AND OFF MOVING EQUIPMENT.

| 597758 | 11/2/2005 | RONALD | WILLIAMS | RATHMANN LAW OFF | BACK | REPEATED VIBRAT ENGINR THRU | ENGINE MSK L | CUMULATIVE TRA |
|---|---|---|---|---|---|---|---|---|

NORTH PLATTE   NE
(LETTER OF REPRESENTATION - NORTH PLATTE CLAIMS DEPT) RETIRED EMPLOYEE ALLEGES THAT HE SUSTAINED WHOLE BODY VIBRATIONS THROUGH OUT HIS CAREER ON THE RAILROAD.

| 595446 | 11/5/2005 | DEVERL | KING | | KNEES | REPEAT ACTIVIES CNDUCTR THRU | WORK POSITION MSK D | CUMULATIVE TRA |
|---|---|---|---|---|---|---|---|---|

POCATELLO   ID
CONDUCTOR REPORTS CUMULATIVE TRAUMA TO HIS KNEES, ANKLES, HIPS, BACK, AND NECK FROM RIDING ON ROUGH UNITS, WALKING TRAINS, AND SWITCHING ON BALLAST.

| 599092 | 3/28/2006 | MICHELE | LORENTZSON | CROW LAW FIRM | BACK | REPEATED VIBRAT ENGINR THRU | ENGINE MSK R | CUMULATIVE TRA |
|---|---|---|---|---|---|---|---|---|

POCATELLO   ID
ENGINEER REPORTS CUMULATIVE TRAUMA TO HIS UPPER AND LOWER BACK,    BUTTOCKS, HIPS, AND TOES FROM RIDING IN ENGINES WITH EXCESSIVE LATERAL AND    VERTICAL MOTION.

| 603600 | 4/15/2006 | ROBERT | FLUITT | TAVORMINA & YOUN | BACK | REPEATED VIBRAT | WORK POSITION MSK | CUMULATIVE TRA |
|---|---|---|---|---|---|---|---|---|

1

Craft: Engineer, Conductor
Location: ALL
Injury: ALL
Date: ALL
Status: Direct/Represented/Litigated

|  |  |  |  |  |  | CNDUCTR THRU |  | L |  |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| SAN ANTONIO |  |  |  | TX |  |  |  |  |  |

CONDUCTOR REPORTS BACK AND KNEE PROBLEMS DUE TO ROUGH RIDING ENGINES AND GETTING ON AND OFF OF MOVING EQUIPMENT.

| 601684 | 5/23/2006 | RUSSELL | OWSLEY | CROW LAW FIRM | BACK | REPEAT ACTIVIES | WORK POSITION | CUMULATIVE TRA |
|  |  |  |  |  |  | CNDUCTR THRU | MSK | R |
| POCATELLO |  |  |  | ID |  |  |  |  |

CONDUCTOR REPORTS NECK & BACK PROBLEMS FROM "PERFORMING DUTIES AS A CONDUCTOR" INCLUDING RIDING ON TRAINS, ETC.

| 601470 | 5/30/2006 | B. | BARCELLONA | TAVORMINA & YOUN | BACK | REPEATED VIBRAT | WORK POSITION | CUMULATIVE TRA |
|  |  |  |  |  |  | ENGINR THRU | MSK | L |
| NEW BRAUNFELS |  |  |  | TX |  |  |  |  |

ENGINEER REPORTS BVACK AND NECK PAIN FROM ENGINE VIBRATIONS FROM WORKING AS AN ENGINEER.

| ,2410 | 6/25/2006 | LEO | LISH |  | BACK LOWER | REPEATED VIBRAT | WORK POSITION | CUMULATIVE TRA |
|  |  |  |  |  |  | ENGINR THRU | MSK | D |
| POCATELLO |  |  |  | ID |  |  |  |  |

LOCOMOTIVE ENGINEER REPORTS CUMULATIVE TRAUMA TO LOWER BACK FROM SITTING FOR EXTENDED PERIODS AND POOR SEATS & SUSPENSION.

| 607537 | 8/14/2006 | GARY | PATTERSON | BREMSETH | BACK | RPT EQUIPMOTION | WORK POSITION | CUMULATIVE TRA |
|  |  |  |  |  |  | ENGINR THRU | MSK | L |
| NORTH PLATTE |  |  |  | NE |  |  |  |  |

(BLIND LAWSUIT-NO PLATTE) ENGINEER REPORTS CUMULATIVE TRAUMA TO BACK,NECK, AND LEGS DUE TO ROUGH RIDING LOCOMOTIVES AND/OR LOCOMOTIVE CAB SEATS.

| 605451 | 8/15/2006 | SAMUEL | YATES | TAVORMINA & YOUN | BACK | REPEATED VIBRAT | WORK POSITION | CUMULATIVE TRA |
|  |  |  |  |  |  | ENGINR THRU | MSK | L |
| BLOOMINGTON |  |  |  | TX |  |  |  |  |

JGINEER REPORTS BACK INJURY CAUSED BY TRAIN VIBRATION OVER TIME.

1

| File # | Date | First | Last | Attorney | Injury | Cause | Mechanism | Side | Type |
|---|---|---|---|---|---|---|---|---|---|
| 605887 | 8/21/2006 | R. | CRAGER | TAVORMINA & YOUN | BACK | RPT EQUIPMOTION CNDUCTR THRU | WORK POSITION MSK | L | CUMULATIVE TRAU |

NEW BRAUNFELS  TX
CONDUCTOR REPORTS BACK INJURY DUE TO EXPOSURE TO LOCOMOTIVE VIBRATION AND GETTING ON/OFF MOVING EQUIPMENT OVER TIME.

| 612548 | 9/15/2006 | GUERRY | VAUGHAN | BREMSETH LAW FIR | BACK LOWER | RPT EQUIPMOTION ENGINR THRU | WORK POSITION MSK | R | CUMULATIVE TRAU |

DENVER  CO
ENGINEER REPORTS NON-ACUTE PROBLEMS WITH HIS BACK, LEGS, ETC. FROM ROUGH RIDING LOCOMOTIVES OVER THE PAST 2 YEARS. 52032 INCLUDES ACUTE AND NON-ACUTE COMPLAINTS. ACUTE = 0307DV006

| 611052 | 9/15/2006 | JOE | GOLDEN | PAHLKE, SMITH, S | BACK | REPEATED VIBRAT ENGINR THRU | WORK POSITION MSK | R | CUMULATIVE TRAU |

SOUTH MORRILL  NE
ENGINEER REPORTS CUMULATIVE TRAUMA INJURIES TO LOWER BACK AND LEGS FROM "EXCESSIVE VIBRATION AND POOR DESIGN OF LOCOMOTIVES, AWKWARD POSTURE, BOUNCING AND SLACK ACTION".

| 606100 | 9/20/2006 | DENNIS | GREEN | TAVORMINA & YOUN | BACK LOWER | REPEATED VIBRAT ENGINR THRU | WORK POSITION MSK | L | CUMULATIVE TRAU |

NEW BRAUNFELS  TX
ENGINEER REPORTS INJURED NECK AND LOWER BACK CAUSED BY LOCOMOTIVE SHAKING AND VIBRATION OVER TIME.

| 607229 | 10/17/2006 | L | HUTCHINSON | STEINBURG, HERZ | BACK | REPEATED VIBRAT ENGINR THRU | WORK POSITION MSK | L | CUMULATIVE TRAU |

HOUSTON  TX
ENGINEER REPORTS PAIN IN BACK AND LEGS CAUSED BY "CONTINUOUS VIBRATION FROM TRAIN MOVEMENT".

Craft: Engineer, Conductor
Location: ALL
Injury: ALL
Date: ALL
Status: Direct/Represented/Litigated

| File # | Date | First | Last | Attorney | Injury | Cause | Factor | Type | Loc |
|---|---|---|---|---|---|---|---|---|---|
| 006755 | 10/17/2006 | MELVIN | SCROWTHER | | BACK | REPEAT ACTIVIES CNDUCTR THRU | WORK POSITION MSK | CUMULATIVE TRA | D |
| | | POCATELLO | | | ID | | | | |

CONDUCTOR REPORTS CUMULATIVE TRAUMA TO NECK, BACK, AND KNEES FROM "RIDING ENGINES, WALKING IN BALLAST, CLIMBING CARS, ETC" OVER THE LAST FEW YEARS.

| 608354 | 11/21/2006 | CARROLL | MICHAELS | BREMSETH | BACK | RPT EQUIPMOTION ENGINR THRU | WORK POSITION MSK | CUMULATIVE TRA | L |
| | | NORTH PLATTE | | | NE | | | | |

ENGINEER REPORTS VIA LAWSUIT CUMULATIVE TRAUMA INJURIES TO BACK, NECK AND LEGS DUE TO ROUGH RIDING LOCOMOTIVES AND/OR LOCOMOTIVE CAB SEATS.

| 609021 | 12/5/2006 | RICHARD | CUSTER | THORNTON | BACK | RPT EQUIPMOTION ENGINR THRU | WORK POSITION MSK | CUMULATIVE TRA | L |
| | | ALBINA | | | OR | | | | |

(BLIND LAWSUIT-SALT LAKE CITY) PLAINTIFF ALLEGES CUMULATIVE TRAUMA INJURIES TO BACK SUSTAINED OVER THE COURSE OF HIS EMPLOYMENT AS AN ENGINEER DUE TO ROUGH RIDING LOCOMOTIVES (0206PD002=BACK PI)

| 609495 | 12/15/2006 | ROBERT | TAYLOR | TAVORMINA & YOUN | BACK | REPEATED VIBRAT ENGINR THRU | WORK POSITION MSK | CUMULATIVE TRA | R |
| | | EL PASO | | | TX | | | | |

ENGINEER REPORTS CUMULATIVE TRAUMA INJURIES TO HIS BACK DUE TO LOCOMOTIVE VIBRATION.

| 610902 | 12/15/2006 | JERRY | MOORE | | BACK | REPEAT ACTIVIES ENGINR THRU | WORK POSITION MSK | CUMULATIVE TRA | D |
| | | PALESTINE | | | TX | | | | |

ENGINEER REPORTS CUMULATIVE TRAUMA INJURIES TO BACK AS A RESULT OF "RIDING IN ROUGH-RIDING LOCOMOTIVES WITH INADEQUATE SEATS OVER ROUGH TRACKS FOR A PERIOD OF 39 1/2 YEARS".

| 609559 | 1/2/2007 | MARVIN | OTTMER JR | TAVORMINA & YOUN | BACK | REPEAT ACTIVIES SWITCHMAN | WORK POSITION MSK | CUMULATIVE TRA | L |
| | | ENGLEWOOD | | | TX | | | | |

SWITCHMAN/BRAKEMAN REPORTS CUMULATIVE TRAUMA INJURIES TO BACK, KNEES, AND HEELS FROM GETTING ON/OFF MOVING EQUIPMENT

1

Craft: Engineer, Conductor  
Location: ALL  
Injury: ALL  
Date: ALL  
Status: Direct/Represented/Litigated

...ND RIDING CARS TO A JOINT.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 611584 | 2/20/2007 | RICHARD | CARD | TAVORMINA & YOUN | SPINE | REPEATED VIBRAT ENGINR THRU | WORK POSITION MSK | CUMULATIVE TRAU L |
| | DEL RIO | | | TX | | | | |

(BLIND LAWSUIT-TEXAS) ENGINEER REPORTS HE SUSTAINED SPINAL INJURIES AS A RESULT OF EXPOSURE TO UNDAMPENED TRAIN VIBRATION DURING HIS CAREER.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 612942 | 3/2/2007 | FRED | MAXFIELD | | BACK LOWER | REPEAT ACTIVIES ENGINR THRU | WORK POSITION MSK | CUMULATIVE TRAU D |
| | DENVER | | | CO | | | | |

ENGINEER REPORTS CUMULATIVE TRAUMA INJURIES TO LOWER BACK, RT. LEG AND FOOT FROM "RIDING ON LOCOMOTIVES FOR PAST 33 1/2 YEARS".

**Grand Total:** 63

1