

EXHIBIT

3





Case 4:07-cv-00521-BSM   Document 16-4   Filed 07/23/08   Page 4 of 4