

**UNION PACIFIC RAILROAD**
**REPORT OF PERSONAL INJURY OR OCCUPATIONAL ILLNESS**

0207JE0021

FORM 52032
Rev. 01/04

INSTRUCTIONS: Answer all questions in each applicable section in your own handwriting as soon as possible after an accident/incident occurs if injured, either on or off duty or if you are reporting a work-related illness. (If unable to complete the report, necessary information must be furnished by the person doing so in the employee's behalf.)

### SECTION I – IDENTIFICATION INFORMATION

(1) YOUR NAME (First, Middle, Last): Robert Wayne Davis
(2) YOUR HOME ADDRESS: 8611 Woodhaven Drive
(3) CITY: Pine Bluff
(4) ST: AR
(5) ZIP CODE: 71603
(6) YOUR OCCUPATION ON DAY OF INJURY: Fireman+Oiler Lomotive Mover
(7) YOUR HOME PHONE: (870) 879-0477
(8) YOUR AGE: 55
(9) HIRE DATE: 04-23-74
(10) YOUR SOCIAL SECURITY NUMBER: 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
(11) YOUR EMPLOYEE ID NUMBER: 0187560
(12) YOUR SUPERVISORS NAME: John Lambe
(13) ASSIGNED REST DAYS: SAT-SUN

### SECTION II – DETAILS OF ACCIDENT/INJURY

(1) DATE OF INJURY: 2-13-07
(2) TIME: 12:20 PM
(3) WHERE WERE YOU INJURED (NEAREST CITY, STATE, RR LOCATION, ETC.)?: Service Track North Little Rock, AR
(4) TIME SHIFT OR TRIP BEGAN: 7:00 AM
(5) MILE POST: __ SUB DIVISION: __  ☐ MAIN/TRACK  ☒ YARD
(6) WEATHER: ☐ CLEAR ☐ RAIN ☒ CLOUDY ☐ SLEET  TEMPERATURE 40° ☐ SNOW ☐ FOG ☐ OTHER
(7) VISIBILITY: ☒ DAYLIGHT ☐ DARK ☐ DAWN ☐ ARTIFICIAL LIGHTING ☐ DUSK
(8) WERE YOU INJURED: ☒ ON DUTY  ☒ ON COMPANY PROPERTY  ☐ OFF DUTY  ☐ OFF COMPANY PROPERTY
(9) SPECIFIC JOB OR ACTIVITY BEING PERFORMED AT TIME OF ACCIDENT/INJURY: Outside Locomotive Hostling

### SECTION III – DETAILS OF ACCIDENT, INJURY OR OCCUPATIONAL ILLNESS

(1) DESCRIBE FULLY HOW THE ACCIDENT/INJURY OCCURRED: Walking in Loose Rock Left Ankle Rolled to my Left side and I felt a pop in my Left Knee!

(2) WHAT SPECIFICALLY CAUSED THE ACCIDENT/INJURY: Loose Rock! Very poor walking conditions!

(3) DID EQUIPMENT OR TOOLS CAUSE OR CONTRIBUTE TO THE CAUSE OF THE ACCIDENT/INJURY? ☐ YES ☒ NO

(4) DID WORKING CONDITIONS CAUSE OR CONTRIBUTE TO THE CAUSE OF THE ACCIDENT/INJURY? ☒ YES ☐ NO
Need much smaller Rock Around switches and other Areas where you have to walk A Lot!

(5) DID OTHER PERSONS CAUSE OR CONTRIBUTE TO THE CAUSE OF THE ACCIDENT/INJURY? ☐ YES ☒ NO

(6) NAMES, OCCUPATIONS AND ADDRESSES OF ALL CREW MEMBERS AND/OR OTHER PERSONS WHO WITNESSED OR HAVE ANY KNOWLEDGE OF ACCIDENT/INCIDENT: None

**EXHIBIT 1**

## SECTION IV - OCCUPATIONAL ILLNESS - OCCUPATIONAL DETAILS

(1) WHAT IS YOUR ILLNESS OR CONDITION?

BSS010

(2) WHEN DID YOU FIRST BECOME AWARE THAT THIS CONDITION MAY HAVE BEEN CAUSED BY YOUR WORK? HOW DID YOU LEARN THIS?

(3) LIST ANY JOB(S), EXPOSURE(S), OR LOCATION(S) THAT YOU BELIEVE MAY HAVE CAUSED OR CONTRIBUTED TO YOUR SYMPTOMS (PLEASE PROVIDE DATES):

(4) DO YOU HAVE ANY CURRENT EXPOSURES? IF SO, PLEASE EXPLAIN:

## SECTION V - NATURE OF INJURY/OCCUPATIONAL ILLNESS AND TREATMENT

(1) DESCRIBE INJURY OR ILLNESS: Sprain to Left Knee and Left ankle!

(2) WHAT ARE YOUR SYMPTOMS? Pain + Swelling to Left Knee + Ankle!

(3) WHEN DID YOU FIRST NOTICE SYMPTOMS? (GIVE DATE) 2-13-07

(4) WHEN WERE YOU FIRST TREATED OR DIAGNOSED? Company Nurse 2-13-07 NLRST; Baptist Hosp. ER 2-14-07

(5) PARTS OF BODY AFFECTED: Left Knee + Ankle    SIDE OF BODY ☐ RIGHT ☑ LEFT ☐ BOTH

(6) WERE YOU EXAMINED BY A MEDICAL PROFESSIONAL? ☑ YES ☐ NO IF YES, GIVE MEDICAL PROFESSIONAL'S NAME AND ADDRESS: James Rice MD Bapt Health Medical Center North Little Rock AR 72117

(7) TREATMENT REQUIRED: ☐ NONE ☐ FIRST AID ☑ TREATED & RELEASED ☑ X-RAYS ☐ HOSPITALIZED ☐ OTHER (Explain):

IF HOSPITALIZED, NAME AND ADDRESS OF HOSPITAL Bapt. Hosp. ER

(8) WHAT TREATMENT WAS GIVEN? Ice packs to knee and Ibuprofen for pain + swelling!

(9) MEDICATION INSTRUCTIONS

WAS A PRESCRIPTION WRITTEN? ☐ YES ☑ NO IF YES: MEDICATION _____ DOSAGE _____

IF NO PRESCRIPTIONS WERE WRITTEN, WERE OTHER MEDICATIONS ISSUED OR RECOMMENDED?

☑ YES ☐ NO IF YES: MEDICATION Ibuprofen 200 mg DOSAGE 2 every 4 hrs

(10) INDICATE YOUR CURRENT HEALTH CARE COVERAGE PLAN: ☐ UPREHS ☐ UHC ☑ OTHER LIST: United Healthcare

## SECTION VI - FROM EMPLOYEES INVOLVED IN INJURY TO AN EMPLOYEE

(1) TRAIN SYMBOL (2) ENGINE NUMBER (3) CONSIST (Loads, Empties, Tons) (4) IDENTIFYING INITIALS & NUMBERS OF EQUIPMENT INVOLVED IN ACCIDENT/INCIDENT

(5) WAS EQUIPMENT ON ☐ MAINTRACK  TIMETABLE  (6) WERE THERE ANY DEFECTS IN THE EQUIPMENT? ☐ YES ☐ NO
☐ YARD  DIRECTION_____

(7) IF THE ANSWER TO QUESTION 6 IS YES, STATE THE NATURE OF THE DEFECTS, IDENTIFY THE DEFECTIVE EQUIPMENT, AND COMPLETE (8).

(8) WERE THE DEFECTIVE CONDITIONS MARKED? (9) DID THIS ACCIDENT/INCIDENT RESULT FROM RIDING ON, BOARDING, OR ALIGHTING FROM, OR BEING STRUCK
☐ YES ☐ NO  OR RUN OVER BY MOVING EQUIPMENT? ☐ YES ☐ NO

(10) COMMENTS:

I certify that the foregoing information is true and correct.

Robert W. Davis
(Signature of Employee)

2-15-07 (IS Feb 20 07)
(Date Completed)

_John F. Lambe_
(Signature of Witness)

JOHN F. LAMBE
(Printed Name of Witness)