

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

ROBERT DAVIS

                                                PLAINTIFF

v.                         CASE NO.: CV-07-00521-BSM

UNION PACIFIC RAILROAD COMPANY                    DEFENDANT

## PLAINTIFF'S ANSWERS TO DEFENDANT'S SECOND SET OF INTERROGATORIES

COMES NOW Plaintiff, Robert Davis, by and through his counsel of record, Schlichter, Bogard & Denton and Oglesby Law Firm, P.A., and for his Answers to Defendant's Second Set of Interrogatories states as follows:

**INTERROGATORY NO 1**: In regard to the photographs attached to Plaintiff's April 9, 2008 Supplemental Responses to Defendant's Request for Production, please state the date the photos were taken, and the name, address and telephone number of the person who took the photos.

**ANSWER: The photographs were taken approximately in early June of 2007 at the request of Plaintiff's counsel and, therefore, objection is made to providing the identity of the photographer on the basis of work product.**

**INTERROGATORY NO. 2**: In regard to the photographs depicting measured rocks that were produced by Plaintiff in his April 9, 2008 Supplemental Responses to Defendant's Request for Product, please state the following: the location of where the rocks were obtained; the name, address, and telephone number of the person who took the rocks; the name, address, and telephone number of the person who is in possession of the rocks; the name, address, and telephone number of the individual who took the photographs.

1

**ANSWER: The rocks were collected from the site of the February 13, 2007 injury event by Plaintiff who retains possession of same.**

Respectfully submitted,

SCHLICHTER, BOGARD & DENTON

_____
NELSON G. WOLFF Fed #37998; Ark #2006002
JULIA M. EADES, Mo. #50350
100 South Fourth Street, Suite 900
St. Louis, Missouri 63102
(314) 621-6115
(314) 621-7151 (fax)


Edward T. Oglesby ABN 89158
Suite 110 Morgan Keegan Bldg.
100 Morgan Keegan Dr.
Little Rock, AR 72202
(501) 664-1000  Fax (501) 644-1012
edward@oglesbylaw.com

ATTORNEYS FOR PLAINTIFF


**CERTIFICATE OF SERVICE**

I hereby certify that on the 25[h] day of June, 2008 a true and correct copy of the above was delivered by email and United States First Class mail with postage prepaid to the following: Scott H. Tucker, Friday, Eldredge & Clark  400 W. Capitol Avenue, Ste 2000 Little Rock, AR 72201

_____