## Andy Williams

**From:** Andy Williams
**Sent:** Tuesday, December 16, 2008 1:17 PM
**To:** 'kknox@fec.net'
**Cc:** Roger Denton
**Subject:** Re: Davis v. UP

I can understand your position. I think it will be necessary to let the Court decide this matter

---

**From:** Kristopher Knox
**To:** Andy Williams
**Sent:** Tue Dec 16 13:13:56 2008
**Subject:** RE: Davis v. UP

Andy,

We will not encourage UP to take any action regarding the employee who took the photos, but we cannot agree to a protective order regarding discipline.

Kris

---

**From:** Andy Williams [mailto:AWilliams@uselaws.com]
**Sent:** Monday, December 15, 2008 11:34 AM
**To:** Kristopher Knox
**Subject:** Re: Davis v. UP

It was a current UP employee and I will disclose the name if UP will agree to a protective order regarding discipline of this employee regarding the taking of the photos. I am in trial and have limited ability to respond

---

**From:** Kristopher Knox
**To:** Andy Williams
**Sent:** Mon Dec 15 09:15:05 2008
**Subject:** RE: Davis v. UP

Andy,

I have not heard from you regarding the who took the pictures attached to Plaintiff's April 9, 2008 Supplemental Responses to Defendant's Request for Production. I need to know by today since the discovery cutoff is approaching.

Kris

---

**From:** Andy Williams [mailto:AWilliams@uselaws.com]
**Sent:** Friday, December 05, 2008 2:34 PM
**To:** Kristopher Knox

**Subject:** Davis v. UP

Kris,

I am attempting to find out who exactly took the pictures. Client does not know. They may have been taken by someone from our office and I'm trying to find out who and whether a work product objection would be applicable. Can you give me to the 9th to figure this out?

**Andy Williams**
**Schlichter, Bogard & Denton, LLP**
100 South Fourth Street, Ste 900
St. Louis, MO 63102
314-621-6115    314-621-7151(fax)
http://www.uselaws.com

This e-mail message is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at #314-621-6115 and delete this e-mail message from your computer. Thank you

12/22/2008