**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ROBERT DAVIS**                                                                    **PLAINTIFF**

**vs.**                                        **NO.: 4-07-CV-00521-BSM**

**UNION PACIFIC RAILROAD COMPANY**                                  **DEFENDANT**

## UNION PACIFIC'S STATEMENT OF MATERIAL FACTS NOT IN ISSUE

Comes now Defendant, Union Pacific Railroad Company, and for its Statement of Material Facts Not in Issue, states:

1.      Plaintiff Robert Davis filed a Complaint against Union Pacific under the Federal Employers' Liability Act, alleging that he rolled his left ankle on ballast near the Service Track in the North Little Rock yard on February 13, 2007.

2.      Plaintiff contends that the incident resulted in an injury to his left ankle and left knee.

3.      Ballast consists of crushed rock and other materials, and it supports the track structure and provides drainage.

4.      Ballast is regulated by the Federal Railroad Administration pursuant to the Federal Rail Safety Act. *See* 49 C.F.R. § 213.103.

5.      The purpose of ballast is to transmit and distribute the load of trains, restrain the track, drain the track and maintain proper track crosslevel, surface, and alignment.

6.      There are no requirements regarding the size of ballast.

7.      Plaintiff was working as an employee of Union Pacific near the Service Track in Union Pacific's North Little Rock yard at the time he was allegedly injured.

Respectfully submitted,

SCOTT H. TUCKER, #87176
KRISTOPHER B. KNOX, #2004071
FRIDAY, ELDREDGE & CLARK
400 W. Capitol Avenue, Suite 2000

Little Rock, Arkansas 72201
Telephone: (501) 376-2011
Fax: (501) 376-2147
tucker@fec.net
kknox@fec.net

*Attorneys for Union Pacific Union
Pacific Railroad Company*


/s/ Kristopher B. Knox
KRISTOPHER B. KNOX, #2004071


## CERTIFICATE OF SERVICE

I, Kristopher B. Knox, do hereby certify that on this 5th day of January, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Nelson G. Wolff
Andrew S. Williams
Julia M. Eades
Schlichter, Bogard & Denton
100 South 4th Street, Suite 900
St. Louis, MO 63102

Edward T. Oglesby
Oglesby Law Firm, P.A.
100 Morgan Keegan Drive, Suite 110
Little Rock, AR 72202


/s/ Kristopher B. Knox
KRISTOPHER B. KNOX, #2004071
FRIDAY, ELDREDGE & CLARK
400 W. Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201
Telephone: (501) 376-2011
Fax: (501) 376-2147
kknox@fec.net