

The American Railway Engineering and Maintenance-of-Way Association

| Home | About AREMA | Contact AREMA | Member Directory | Calendar | Online Store | Communities | Site Admin |

**Committees**

**Chairs & Officers**

**Functional Group VPs**

**Web Site Guidelines**

**Committee Application**

**Annual Report Forms**

**Governing Regulations (PDF)**

**NEW: Committee Ballot Numbering Guide (PDF)**

**2009 Hay Award Call for Entries**

**Download Conference Proceedings**

User Name or AREMA ID

Password

[sign on]

**LOGIN HELP**
**Reset Password**
**Create Account**

Save password: Yes ○ No ⊙

## Technical Committees

# Committee 1
## Roadway & Ballast

This committee is responsible for the development and publication of recommended practices and information relating to:

- Preliminary exploration, testing, design, construction, and maintenance of railway roadbeds. This shall include soil stabilization, retaining structures and drainage.
- Ballast types and sections.
- Culvert types, installation and inspection.
- Pipeline installation on railway rights-of-way by railways or others.
- Fencing and roadway signs
- Vegetation control
- Tunnel design and excavation, not including lining the tunnel, which is the responsibility of Committee 8
- Geosynthetic materials for railway applications

### Papers

- **Graded Granular Material**
- **Crushed Stone Base Figures**

### Sub-Committees and Current Assignments

Sub-Committee A: Recommendations for Further Investigation and Research.

Sub-Committee B: Revision of Manual.

Sub-Committee 1: Roadbed

> D1-1-01: Develop recommended practice for road crossing foundations. *Completion is scheduled for 2008.*

Sub-Committee 2: Ballast

> D2-1-03: Write a recommended standard for undercutting and ballast shoulder cleaning. *Completion is scheduled for 2008.*

Sub-Committee 3: Natural Waterways

> D3-1-01: Update and rewrite Manual Section. *Completion is scheduled for 2008.*

Sub-Committee 4: Culverts

> D4-1-94: Update Manual Parts 1.4.9, 1.4.10. *Completion is scheduled*

**Chair**
**Gary E. Proskovec**
VP Geotechnical & Railroad Practices
HWS Consulting Group
825 J St PO Box 80358
Lincoln,
NE 68508-2958
(T): (402) 479-2278
(F): (402) 479-2276
Email Gary E. Proskovec

**Vice Chair**
**Perly A. Schoville**
System Engineer
Union Pacific Railroad
1400 Douglas St Rm 0640
Omaha,
NE 68179-1001
(T): (402) 544-0725
(F): (402) 233-3084
Email Perly A. Schoville

**Secretary**
**David H. Warnock**
Senior Project Manager
Parsons
406 W South Jordan Pkwy Ste 300
South Jordan,
UT 84095-3956
(T): (801) 572-5999
(F): (801) 572-9069
Email David H. Warnock

**EXHIBIT 2-2**

*for August 2008.*

D4-1-01: Study corrugated polyethylene pipe for use within railroad rights-of-way. *Completion is scheduled for August 2008.*

D4-1-06: Pending Assignment - Update Manual Parts 4.11 and 4.14. *Completion is scheduled for 2008.*

### Sub-Committee 5: Pipelines

D5-1-02: Recommended Practice for Directional Boring on Railroad Right of Way. *Completion is scheduled for August 2008.*

D5-2-02: Revise Fiber Optic Installation Section 5.5.1. *Completion is scheduled for February 2009.*

D5-1-08: Damage Prevention to Underground Facilities.

### Sub-Committee 6: Fences

D6-2-94: Sand Fences. *Completion is scheduled for 2009.*

D6-1-01: Review and update Part 6 – Fences. *Completion is scheduled for 2009.*

### Sub-Committee 7: Roadway signs

### Sub-Committee 8: Tunnels

D8-1-87: Review and update Manual recommendations for tunnels. *Completion is scheduled for 2009.*

### Sub-Committee 9: Vegetation Control

C9-2-89: Review and update Manual text on recommendations for vegetation control. *Ongoing assignment.*

### Sub-Committee 10: Geosynthetics

C10-1-96: Develop recommended practice for the use of geosynthetics for stabilization of the track roadbed. Monitor applicable research on goesynthetics for information that will strengthen AREMA specifications. *Ongoing assignment.*