

The American Railway Engineering and Maintenance-of-Way Association

| Home | About AREMA | Contact AREMA | Member Directory | Calendar | Online Store | Communities | Site Admin |

**Publications**

**Manual for Railway Engineering**

**C&S Manual**

**Pratical Guide to Railway Engineering**

**Purchase Publications**

**Publications Order Form**

---

**Download Conference Proceedings**

---

User Name or AREMA ID

Password

[ sign on ]

**LOGIN HELP
Reset Password
Create Account**

Save password: Yes ○  No ◉

# Manual For Railway Engineering
# Volume 1

## Chapter 1
## Roadway and Ballast

### Table of Contents

**1 - Roadbed**

1.1 - Exploration andTesting

1.2 - Design

1.3 - Construction

1.4 - Maintenance

**2 - Ballast**

2.0 - Substructure Introduction

2.1 - Design

2.2 - Scope (1991)

2.3 - Materials

2.4 - Property Requirements

2.5 - Production andHandling

2.6 - Loading(1988)

2.7 - Inspection (1988)

2.8 - Sampling and Testing

2.9 - Measurement and Payment

2.10 - MaintenancePractices

2.11 - Sub-ballastSpecifications

**3 - Natural Waterways**

3.1 - General

3.2 - Drainage Basin Data

3.3 - Capacity of Waterway Openings

3.4 - Basic Concepts and Definitonsof Scour

3.5 - CalculatingScour

3.6 - Protecting Roadway and BridgesFromScour

EXHIBIT
2-3

3.7 - Means of Protecting Roadbed and Bridges from Washouts and Floods

3.8 - Construction and Protection of Roadbed Across Reservoir Areas

3.9 - Glossary

## 4 - Culverts

4.1 - Location and Type

4.2 - Specifications for Placement of Reinforced Concrete Culvert Pipe

4.3 - Specifications for Prefabricated Corrugated Steel Pipe and Pipe-arches for Culverts, StormDrains and Underdrains

4.4 - Specifications for Coated Corrugated Steel Pipe and Arches

4.5 - Standard Specification for Corrugated Aluminum Alloy Pipe

4.6 - Specifications for Corrugated Structural Steel Plate Pipe, Pipe-arches, and Arches

4.7 - Specifications for Corrugated Structural Aluminum Alloy Plate Pipe, Pipe-arches, and Arches

4.8 - Hydraulics of Culverts

4.9 - Design Criteria for Corrugated Metal Pipes

4.10 - Design Criteria for Structural Plate Pipes

4.11 - Culvert End Treatments

4.12 - Assembly and Installation of Pipe Culverts

4.13 - Earth Boring and Jacking Culvert Pipe through Fills

4.14 - Culvert Rehabilitation

4.15 - Specificationfor Steel Tunnel Liner Plates

4.16 - Construction of TunnelUsing Steel Tunnel Liner Plates

4.17 - Culvert Inspection

4.18 - PerforatedPipe Drains

## 5 - Pipelines

5.1 - Specifications for Pipelines Conveying Flammable Substances

5.2 - Specifications for Uncased Gas Pipelines within the Railway Right-of-Way

5.3 - Specifications for Pipelines Conveying Non-Flammable Substances

5.4 - Specifications for Overhead Pipelines Crossings

5.5 - Specifications for Fiber Optic "Route" Construction on Railroad Right of Way

## 6 - Fences

6.1 - General

6.2 - Specifications for Wood Fence Posts

6.3 - Specifications for Concrete Fence Posts

6.4 - Specification for Metal Fence Posts

6.5 - Specifications for Right-of-way Fences

6.6 - StockGuards

6.7 - Methods of Controlling Drifting Snow

6.8 - Specifications for Snow Fences

## 7 - Roadway Signs

7.1 - Classification

7.2 - Design

7.3 - Materials

## 8 - Tunnels

8.1 - Scope (1994)

8.2 - Design (1994)

8.3 - Construction (1994)

8.4 - Measurement and Payment (1982)

8.5 - Lining (1982)

8.6 - Ventilation (1982)

8.7 - Increasing Clearances In Existing Tunnels (1982)

## 9 - Vegetation Control

9.1 - Rationale and Scope of Work

9.2 - Preparing a VegetationControl Program

9.3 - Executing a Vegetation Control Program

9.4 - Evaluating Resultsof a Vegetation Control Program

9.5 - Glossary (1994)

9.6 - Lead Agencies (1994)

9.7 - Commentary (1994)

## 10 - Geosynthetics

10.1 - Geotextile Specifications for Railroad Track Separation/Stabilization Applications

10.2 - Geotextile Specifications for Railroad Drainage Applications

10.3 - Geotextile Specifications for Railroad Erosion Control Applications

10.4 - Geocomposite Drainage System Specifications for Railroad Applications