IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| ROBERT DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No.4-07-CV-00521-WRW |
| vs. | ) |
| | ) |
| UNION PACIFIC RAILROAD COMPANY, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S RESPONSE TO UNION PACIFIC'S STATEMENT OF MATERIAL FACTS NOT IN ISSUE**

COMES NOW Plaintiff, Robert Davis, and for his Response to Union Pacific's Statement of Material Facts not in Issue and states to the Court as follows:

1. Plaintiff admits to paragraph 1.

2. Plaintiff admits to paragraph 2.

3. Plaintiff admits in part and denies in part paragraph 3. Not all railroad ballast supports track structure and/or provides drainage; see exhibits 2-1, 2-2, 2-3, 2-4 and 2-5 of Plaintiff's Response to Summary Judgment.

4. Plaintiff admits that the Federal Railroad Administration has minimally regulated ballast, but has not fully or completely regulated the area of ballast.

5. Plaintiff admits that some ballast has the stated purpose, but other railroad ballast does not have this purpose.

6. Plaintiff denies this allegation; see Exhibits 2-1, 2-2, 2-3, 2-4, and 2-5 of Plaintiff's Response to Summary Judgment.

7. Plaintiff admits to paragraph 7.

SCHLICHTER, BOGARD & DENTON

   /s  Andrew S. Williams
NELSON G. WOLFF Fed#37998;Ark. #2006002
ANDREW S. WILLIAMS, MO #41947
100 South Fourth Street, Suite 900
St. Louis, Missouri 63102
(314) 621-6115
(314) 621-7151 (fax)

And

Edward T. Oglesby ABN 89158
Suite 110 Morgan Keegan Bldg.
100 Morgan Keegan Dr.
Little Rock, AR 72202
(501) 664-1000  Fax (501) 644-1012
edward@oglesbylaw.com
ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of January, 2009 a true and correct copy of the above was filed electronically and delivered by United States First Class mail with postage prepaid to the following:

 Scott H. Tucker
 Friday, Eldredge & Clark
 400 W. Capitol Ave. Ste 2000
 Little Rock, AR 72201
 Telephone: 501-376-2011
 Fax: 501-376-2147
      /s  Andrew S. Williams