

## BALLAST GRADATION TABLE

**UNION PACIFIC RAILROAD**
Office of Chief Engineer Design
INDUSTRY STANDARDS

| AREMA STD | 4A | 5 | 57 | SUB BALLAST |
|---|---|---|---|---|
| UP BALLAST CLASS | 1 | 2 | 3 | |
| SQUARE OPENING | 2"-3/4" | 1"-3/8" | 3/4"-0" | 1 1/2"-0" |
| 2 1/2" | 100 | | | |
| 2" | 90-100 | | | 100 |
| 1 3/4" | 60-90 | | | |
| 1 1/2" | | | | |
| 1 1/4" | | 100 | | |
| 1" | 10-35 | 90-100 | 100 | 90-100 |
| 3/4" | 0-10 | 40-75 | 90-100 | |
| 1/2" | | 15-35 | 20-55 | |
| 3/8" | 0-3 | 0-15 | 0-10 | 50-84 |
| No. 4 | | 0-5 | 0-5 | |
| No. 8 | | | 0-1 | |
| No. 10 | | | | 26-50 |
| No. 40 | 0-5 | 0-5 | | 12-30 |
| No. 200 | | | 0-1 | 0-10 |

PERCENT PASSING (BY WEIGHT)
[ALL AGGREGATE SAMPLING AND TESTING PER ASTM LATEST REVISION.]

NOTES:
1. IF SUBBALLAST IS NOT USED IN LOCATIONS WHERE POOR NATIVE SOIL CONDITIONS EXIST, SELECT MATERIAL MUST BE APPROVED BY CHIEF ENGINEER PRIOR TO USE.
2. CLASS 1 AND CLASS 2 BALLAST MATERIALS ARE REQUIRED TO BE WASHED PRIOR TO LOADING

ADOPTED MAY 1, 1987
REVISED: AUG 4, 2003
FILE NO.: EXHIBIT H-1

EXHIBIT "H-1"

Copyright © 2003 by Union Pacific Railroad

EXHIBIT 5

- CLASS 1 BALLAST FOR MAIN TRACK (OLD "D")
- CLASS 2 BALLAST FOR SECONDARY MAIN, BRANCH AND YARD TRACK (OLD "C")
- CLASS 3 BALLAST SCREENINGS FOR SIGNAL MOUNDS, ETC..
- SELECT MATERIAL (SUBBALLAST - SEE NOTE)

SIEVE OPENING (SQ. IN.)
PERCENT PASSING (BY WEIGHT)

EXHIBIT "H-1"