EXHIBIT











