EXHIBIT
7
pebbles.





