IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT DAVIS                                                                                         PLAINTIFF

vs.                                    NO.: 4-07-CV-00521-BSM

UNION PACIFIC RAILROAD COMPANY                                              DEFENDANT

## UNION PACIFIC'S REPLY TO PLAINTIFF'S SUPPLEMENTAL RESPONSE TO UNION PACIFIC'S MOTION FOR SUMMARY JUDGMENT

Plaintiff filed a supplemental response to UP's Motion for Summary Judgment. He argues that the 2007 amendment to the Federal Railway Safety Act removes preemption/preclusion defenses whenever a railroad violates its own rule. He further argues that UP is barred from asserting a preclusion defense because UP had ballast in place that was larger than its internal guidelines for yard ballast. UP, however, did not adopt its ballast guidelines in response to a federal law or regulation. As a result, the exception to preemption/preclusion is not applicable, and Plaintiff's case should be dismissed.

UP addressed this issue in detail under section I of its Reply Brief (Docket No. 51) and accordingly adopts it by reference. In short, Section 20106(b)(1)(B) created an exception to preemption/preclusion defenses whenever a railroad fails to comply with its own plan, rule or standard that is required by a federal regulation or order. On the other hand, if there is no federal regulation or order requiring a railroad to formulate and implement a plan, rule or standard, the exemption to preemption/preclusion defense does not apply. *See, e.g., Murrell v. Union Pacific R.R. Co.*, 544 F. Supp. 2d 1138 (D. Or. 2008) (stating that the exception to preemption was not applicable even though the railroad failed to comply with speed limits set in its timetables because the railroad's "maximum timetable speed limits were internal rules that were not 'created pursuant to a [federal regulation] or order issued by the Secretaries.'") (quoting

1

§ 20106(b)(1)(B)); *Van Buren v. Burlington N. Santa Fe Ry. Co.*, 544 F. Supp.2d 867, 879 (D. Neb. 2008) (finding that the new preemption exception to the FRSA did not apply because the railroad's vegetation rules were not created pursuant to the requirements of any federal regulation). If having the internal rule, guideline or plan is not required by a federal regulation or order, section 20106(b)(1)(B) "does not subject parties to tort liability for failure to comply with those plans." 74 Fed. Reg. 1791-92 (attached in pertinent part as Exhibit 1); *Murrell*, 544 F. Supp. 2d at 1150. UP's ballast guidelines were not adopted in response to a requirement imposed by a federal law or regulation; therefore, its preclusion defense does not fall within the exception to 49 U.S.C. § 20106(b)(1)(B). Accordingly, UP has asserted a valid preclusion defense, and Plaintiff's Complaint should be dismissed.

        Respectfully submitted,

        SCOTT H. TUCKER, #87176
        KRISTOPHER B. KNOX, #2004071
        FRIDAY, ELDREDGE & CLARK
        400 W. Capitol Avenue, Suite 2000
        Little Rock, Arkansas 72201
        Telephone: (501) 376-2011
        Fax: (501) 376-2147
        tucker@fec.net
        kknox@fec.net

        *Attorneys for Union Pacific Union Pacific Railroad Company*

        /s/ Kristopher B. Knox
        KRISTOPHER B. KNOX, #2004071

## **CERTIFICATE OF SERVICE**

      I, Kristopher B. Knox, do hereby certify that on this 4th day of February, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Nelson G. Wolff  
Roger Denton  
Andrew S. Williams  
Julia M. Eades  
Schlichter, Bogard & Denton  
100 South 4th Street, Suite 900  
St. Louis, MO  63102

Edward T. Oglesby  
Oglesby Law Firm, P.A.  
100 Morgan Keegan Drive, Suite 110  
Little Rock, AR  72202

                                                      /s/ Kristopher B. Knox  
                                                      KRISTOPHER B. KNOX, #2004071  
                                                      FRIDAY, ELDREDGE & CLARK  
                                                      400 W. Capitol Avenue, Suite 2000  
                                                      Little Rock, Arkansas  72201  
                                                      Telephone:  (501) 376-2011  
                                                      Fax: (501) 376-2147  
                                                      kknox@fec.net