IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT DAVIS                                                                                    PLAINTIFF

vs.                                          NO: 4:07CV00521BSM

UNION PACIFIC RAILROAD COMPANY                                               DEFENDANT

## ORDER

On joint motion of the parties, the case is hereby dismissed with prejudice.

IT IS SO ORDERED this 10th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE